# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Kyle Reynolds<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   1:24MJ05PAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 23, 2024  in the county of _____ in the
_____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Unlawful Possession of Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
See the attached Affidavit of Special Agent Madison Temple, of the Federal Bureau of Investigations ("FBI").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Madison Temple - FBI
*Printed name and title*

**Sworn telephonically and signed electronically**

Date:  January 23, 2024

*Judge's signature*

City and state:   Providence, Rhode Island        Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*