AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

United States of America
v.
Kyle Reynolds

*Defendant*

Case No. 1:24MJ05PAS

RECEIVED
By Dianna Prete at 2:57 pm, Jan 23, 2024

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kyle Reynolds, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of Ammunition by a Convicted Felon in violation of 18 U.S.C § 922(g)(1)

Date: January 23, 2024

*Issuing officer's signature*

City and state: **Providence, Rhode Island**

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/23/24, and the person was arrested on *(date)* 1/23/24
at *(city and state)* Middletown, RI.

Date: 1/23/2024

**WARRANT EXECUTED**
U.S. MARSHALS SERVICE
JAN 23 2024
District of Rhode Island

*Arresting officer's signature*
*Printed name and title*