UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE REYNOLDS,<br>         Defendant. | Cr. No.  CR 24-12WES<br><br>In violation of<br>18 U.S.C. §§ 922(g)(1) & 924(a)(8) |

## INDICTMENT

The Grand Jury charges that:

On or about January 23, 2024, in the District of Rhode Island, the defendant, KYLE REYNOLDS, knowing that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess ammunition, to wit, Winchester 556 (approximately 420 rounds), and shotgun ammunition (approximately 719 rounds), all in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in the indictment, Defendant shall forfeit to the United States of America the ammunition identified above seized on or about January 23, 2024, from 22 South Dudley Street, Middletown, RI, in accordance with 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

_____
PAUL F. DALY, JR.
Assistant U.S. Attorney

_____
LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief

Date: 02/21/2024 _____