UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE REYNOLDS,<br>　　　　　Defendant. | Cr. No. 1:24-CR-12<br><br>In violation of<br>18 U.S.C. §§ 922(g)(1) & 924(a)(8) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Felon in Possession of a Firearm)

From a date unknown to the Grand Jury until on or about the 2nd day of January, 2024, in the District of Rhode Island, the defendant, KYLE REYNOLDS, knowing that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, to wit, a JTS 12 gauge shotgun serial number XF0520230112382758, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### COUNT TWO
(Felon in Possession of a Firearm)

From a date unknown to the Grand Jury until on or about the 2nd day of January, 2024, in the District of Rhode Island, the defendant, KYLE REYNOLDS, knowing that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess a firearm, to wit, a Windham AR-15 serial number WW264095, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT THREE
(Felon in Possession of Ammunition)

On or about January 23, 2024, in the District of Rhode Island, the defendant, KYLE REYNOLDS, knowing that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess ammunition, to wit, Winchester 556 (approximately 420 rounds), and shotgun ammunition (approximately 719 rounds), all in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in the indictment, Defendant shall forfeit to the United States of America the firearms seized on or about February 15, 2024 in Middletown, RI and the ammunition identified above seized on or about January 23, 2024, from 22 South Dudley Street, Middletown, RI, in accordance with 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c).

A TRUE BILL:

[signature redacted]

Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

*/s/ Paul F. Daly, Jr.*

PAUL F. DALY, JR.

2

_____  Date: 4/3/24
LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief