UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 24-CR-12-MRD |
| v. | ) |
| | ) |
| KYLE REYNOLDS, | ) |
| Defendant. | ) |

**GOVERNMENT'S SECOND MOTION TO EXTEND THE TIME TO RESPOND**

The United States, with the assent of the defendant (through Joanne Daley, Esq.), respectfully requests that this Court extend the deadline to respond to defendant's Motion to Dismiss (ECF No. 29). The response is scheduled to be filed by July 9, 2025, and it is here requested that the time be extended until July 14, 2025. As grounds, the United States avers that the additional time will be used to narrow the issues in dispute and conserve resources of the parties and the Court.

Respectfully submitted,

SARA M. BLOOM
Acting United States Attorney

_____
PAUL F. DALY, Jr.
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July 2025, I caused the within Government's Motion to be filed electronically and it is available for viewing and downloading from the ECF system.

/s/ Paul F. Daly, Jr.
PAUL F. DALY, JR.
Assistant U. S. Attorney,
U. S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
401-709-5000, 401-709-5001 (fax)