**PRIOR RECORD:**

A preliminary criminal record check conducted through the National Crime Information Center (NCIC), state, and local records revealed the following arrest history:

| **Date of Arrest** | **Agency** | **Charge** | **Disposition** |
|---|---|---|---|
| 04/30/1999 (Age 16) | Newport County Family Court Juvenile; Newport, RI; Docket No.: 1999-04-0772 | Count 1: Possession of Less Ounce of Marijuana - Person Under 17; Count 2: Disobedient Child | 05/05/1999: Intake Officer<br><br>05/28/199: Referral to DCYF - Child Protection<br><br>06/28/2000: Petition Dismissed, Case Closed<br><br>*Court records indicate that Count 1 charged offense occurred on 04/23/1999. |
| 09/20/1999 (Age 16) | Newport County Family Court Juvenile; Newport, RI; Docket No.: 1999-09-0521 | Count 1: Possession Less Than One Ounce of Marijuana - Person Under 17 | 09/20/1999: Intake Officer<br><br>10/04/1999: Refer Prob/Investigation<br><br>10/20/1999: Codac Program, Curfew<br><br>12/15/1999: Found Wayward, 6 Months Probation, Supervision Ordered, Codac Program<br><br>*Court records indicate that this offense occurred on 09/04/1999. |
| 09/20/2001 (Age 18) | Second Division District Court; Newport, RI; Docket No.: 21-2001-02351 | Count 1: Vandalism; Count 2: Disorderly Conduct/Domestic | 09/20/2001: Complaint Filed, Arraignment, Plea of Nolo to Count 1, Count 2: Dismissed under Rule 48A, Unknown Sentence<br><br>*According to State records this offense occurred on 9/19/2001 |
| 05/28/2002 (Age 19) | Second Division District Court; Newport, RI; Docket No.: 21-2002-01188 | Count 1: Reckless Driving | 05/28/2002: Plea of Nolo, 1 year suspended, 1 year probation, Court Costs |

| | | | |
|---|---|---|---|
| | | | *According to State records this offense occurred on 05/27/2002 |
| 05/24/2005 (Age 22) | Second Division District Court; Newport, RI; Docket No.: 21-2005-01125 | Count 1: Simple Assault | 05/24/2005: Complaint Filed, No Contact Order, Personal Recognizance Set<br><br>08/12/2005: Dismissed 48A<br><br>*One warrant issued and quashed. |
| 12/06/2005 (Age 23) | Second Division District Court; Newport, RI; Docket No.: 21-2005-02900 | Count 1: Crank/Obscene Phone Calls | 12/06/2005: Complaint Filed, Arraigned, Not Guilty, Personal Recognizance Set, No Contact Order<br><br>02/09/2006: Dismissed 48A |
| 03/30/2007 (Age 24) | Newport County Superior Court; Newport, RI; Docket No.: N2-2007-0303A | Count 1: Assault on Person Over 60 | 03/30/2007: Felony Initial Appearance, Personal Recognizance, No Contact Order, Information/Indictment Waived<br><br>11/27/2007: Information Signed<br><br>08/13/2008: Plea of Nolo, 5 year Full Sentence, 6 Months to Serve, 54 Months Suspended, 54 Months Probation, Restitution, No Contact with Victim, Work Release Program, Assessments<br><br>*This case was initially charged in Second Division District Court 22-2007-00670. |
| 03/30/2007 (Age 24) | Newport County Superior Court; Newport, RI; Docket No.: N3-2007-0111A | Count 1: Resisting Arrest; Count 2: Disorderly Conduct | 03/30/2007: Complaint Filed, Arraigned Not Guilty Plea, Personal Recognizance, Rule 23 Transfer to Superior Court<br><br>05/31/2007: Plea of Nolo Contendere to Count 1, Count 2 Dismissed Under Rule 48A, 1 Year Suspended, 1 Year Probation, Alcohol Counseling, Total Assessments |

Page 2

| | | | |
|---|---|---|---|
| | | | *This case was initially charged in Second Division District Court under docket number 21-2007-00671 |
| 05/03/2010 (Age 27) | Fall River District Court; Fall River, MA; Docket No.: 1032CR002572A,B | Count 1: Assault and Battery; Count 2: Disturbing the Peace (Breach) | 05/03/2010: Arraignment, Continued<br><br>11/02/2010: Continued for Jury Trial<br><br>03/17/2011: Jury Trial, Dismissed |
| 05/04/2010 (Age 27) | Fall River District Court; Fall River, MA; Docket No.: 1032CR002615A-C | Count 1: Vandalism; Count 2: Threatening; Count 3: Disorderly Conduct | 05/04/2010: Arraignment, Continued<br><br>11/02/2010: Continued for Jury Trial<br><br>03/17/2011: Jury Trial, Dismissed |
| 08/20/2010 (Age 27) | Fall River District Court; Fall River, MA; Docket No.: 1032CR004864A | Count 1: Assault | 08/20/2010: Arraignment, Continued<br><br>11/02/2010: Dismissed |
| 09/23/2010 (Age 27) | Fall River District Court; Fall River, MA; Docket No.: 1032CR005563A&B | Count 1: Assault and Battery; Count 2: Assault and Battery | 09/23/2010: Arraignment, Continued<br><br>11/02/2010: Dismissed |
| 01/04/2011 (Age 28) | Second Division District Court; Newport, RI; Docket No.: 21-2011-00018 | Count 1: DUI/First Offense/BAL Unknown | 01/04/2011: Complaint Filed, Personal Recognizance Set<br><br>01/05/2011: Plea of Nolo, $100 Fine, Court Costs, 10 Hours Community Service, 3 Months Loss of License, DWI School<br><br>*According to Court records this offense occurred on 01/01/2011. |
| 09/17/2015 (Age 32) | Second Division District Court; Newport, RI; Docket No.: 21-2015-02085 | Count 1: Simple Assault/Domestic; Count 2: Disorderly Conduct/Domestic | 09/17/2015: Complaint Filed, No Contact Order, Surety Bail Set<br><br>12/04/2015: Dismissed Under Rule 48A, Protection Order Removed/Terminated |

|  |  |  | *According to Court records, this offense occurred on 09/16/2015. |
|---|---|---|---|

## Civil Restraining Orders

Case Number: 1032RO792
Date Issued: 08/20/2010
Expiration Date: 11/02/2010
Petitioner: Nicole Tavares