UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEARCH WARRANT | SW No. 24-SW-6-PAS |
| | Filed Under Seal |

## MOTION TO SEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Paul F. Daly, Jr., Assistant United States Attorney, moves that this Motion to Seal and the attached Application for Search Warrant, Search Warrant, Supporting Affidavit, and attachments, be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*[signature]*

Paul F. Daly, Jr.
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Paul.Daly@usdoj.gov

SO ORDERED:

*[signature]*
_____
PATRICIA A. SULLIVAN
U.S. MAGISTRATE COURT JUDGE
DATE: _____January 22, 2024_____

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* The premises at 22 Dudley Avenue South, Middletown, Rhode Island 02842 | ) ) ) ) ) ) | Case No. 24-SW-6-PAS |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of ___Rhode Island___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | unlawful possession of a firearm and ammunition by a convicted felon |

The application is based on these facts:

See the attached Affidavit of Special Agent Madison Temple with the Federal Bureau of Investigation ("FBI")

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Madison Temple - FBI
*Printed name and title*

**Sworn telephonically and signed electronically**
Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: January 22, 2024

_____
*Judge's signature*

City and state: Providence, Rhode Island          Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>**THE PREMISES AT 22 Dudley Avenue South, Middletown, Rhode Island 02842** | Case No. 24-SW-6-PAS |

### AFFIDAVIT IN SUPPORT OF APPLICATION UNDER RULE 41 FOR WARRANT TO SEARCH AND SEIZE

I, Special Agent Madison Temple, first being duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises located at 22 Dudley Avenue South, Middletown, Rhode Island 02842, to include a detached garage (hereafter, the "REYNOLDS' RESIDENCE") further described in Attachment A, for the items described in Attachment B.

2. The investigation associated with this application involves Kyle Paul REYNOLDS, and others yet identified. REYNOLDS is suspected of violating federal law, Title 18, United States Code, Section 922(g) (felon in possession of a firearm) (herein referred to as the SPECIFIED FEDERAL OFFENSE). For the reasons set forth in this affidavit, I submit that probable cause exists to believe that the above-mentioned location contains evidence of the SPECIFIED FEDERAL OFFENSE.

### AGENT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been in this position since June 6, 2021. I am assigned to the Joint Terrorism Task Force (JTTF) with the Providence Resident Agency (RA) of the FBI Boston Division. Prior to being sworn as a

Special Agent, I worked as a Probation/Parole Officer with the North Carolina Department of Public Safety in New Hanover and Pender counties in North Carolina for approximately four and half years. Since being sworn as a Special Agent with the FBI, I have been responsible with conducting national security investigations of potential violations of federal criminal law, specifically relating to domestic terrorism. Through on-the-job training and experience, I have become knowledgeable on the strategy, tactics, methods, ideology, and practices of racially and ethnically motivated violent extremists, religiously motivated violent extremists, and anti-government/anti-authority violent extremists. Pursuant to my duties as a Special Agent, I have received training in federal firearm prohibition laws. In this regard, I know that it is a violation of 18 U.S.C. § 922(g) to possess a firearm as a convicted felon.

4. I have authority to enforce the criminal laws of the United States and to make arrests. As an FBI Agent, I am a law enforcement officer of the United States within the United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 and Title 21 of the United States Code. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

5. I have participated in the below-described investigation. I am familiar with the facts and circumstances of this investigation based on information I have received from a variety of sources, including other law enforcement officers and agents, confidential sources, cooperating witnesses, public records and physical surveillance.

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## BACKGROUND OF THE INVESTIGATION

7.  On February 3, 2023, the subject of an FBI investigation, Brandon RUSSELL, was charged and arrested in Orlando, Florida for violating 18 U.S.C. § 1366 (Conspiracy to Destroy an Energy Facility). Pursuant to his arrest, an analysis of RUSSELL'S publicly available Telegram[1] posts was conducted. RUSSELL was observed responding to a Telegram User "Kobra401k," (herein referred to as 401K) User Unique Identifier[2] 1597009559, about the location of a Pleasant, New York-based "neo-Nazi Hunter" Kris GOLDSMITH. Specifically, on February 2, 2022, a moderator of the Telegram chatroom "NRN Chat" posted a screenshot of a Rolling Stone article about GOLDSMITH entitled, "The Neo-Nazi Hunter Next Door." 401K replied to the post with "Phone number and address?," to which RUSSELL responded with a link providing GOLDMSITH'S potential address.

8.  After identifying the initial conversation between RUSSELL and 401K, the FBI Counterterrorism Division, Target Discovery Section, Domestic Terrorism Targeting Unit 2 (DTTU2) conducted a preliminary review of 401K's publicly available Telegram posts. On March 2, 2022, 401K had the following conversation with Telegram User DIEWITHAGRIN in

---

[1] Telegram is a secure cloud-based, social messaging application that can be utilized on a mobile or desktop device. Based on my experience in similar investigations, I am aware that many racially motivated violent extremists utilize this application as a primary means of communication because it provides a secure platform through end-to-end encryption that helps individuals engaged in criminal activity evade law enforcement detection.
[2] A Telegram User Unique Identifier (ID) is a numeric identifier assigned to each Telegram account upon creation. The User ID is a fixed number associated with each Telegram account and cannot be changed.

Telegram chatroom "Nationalist Zulkarneyn Division." The Nationalist Zulkarneyn Division is a chat room comprised of international participants who primarily discuss and share neo-Nazi related ideological content.

- 401K: "Only when Our anger turns to hate will things finally change my brothers and sisters. Let it fuel your fire 🩸✊."

- DIEWITHAGRIN: "So when is it gonna change… Its been years… Where the fuck is the new tarrant[3] or Breivik[4]… Where. [With a meme of 22 July 2011 Norway attacker Anders Breivik smiling.]"

Figure 1[5]

---

[3] Tarrant refers to Brenton Tarrant, the individual who conducted a mass shooting that killed 51 people in Christchurch, New Zealand in furtherance of his racially motivated violent extremist ideology on March 15, 2019.
[4] Breivik refers to Anders Behring Breivik, the individual who killed 77 people in and around Oslo, Norway on in furtherance of his far-right violent extremist ideology on July 22, 2011.
[5] Figure 1: Screenshot taken from Telegram chat room Nationalist Zulkameyn Division of 401K posts made on March 2, 2022.

- 401K: "I hate. It fuels the raging inferno inside of me. I'm powered by hate and Jesus Christ. If you are of God, these things going on in the world should enrage you. This is not what God intended. Not how He wanted it to be. I know this. You haven't gotten to that point yet if you have to ask 'so when is it going to change."

- DIEWITHAGRIN: "Go do something… Too many words. [Image of what appears to be a sub-machine gun]… I have actions to back my beliefs…What about you?"



Figure 2[6]

---

[6] Figure 2: Screenshot taken from Telegram chat room Nationalist Zulkameyn Division of 401K posts made on March 2, 2022.

401K: "You are already outgunned. The fact you have to ask others on a telegram chat to 'do something' speaks volumes. You clearly aren't doing shit… These are my beliefs."



Figure 3[7]

---

[7] Figure 3: Screenshot taken from Telegram chat room Nationalist Zulkameyn Division of 401K posts made on March 2, 2022.

9. In Figure 3, 401K embedded two photographs into the Nationalist Zulkameyn Division chat room in response to DIEWITHAGRIN. The first photo depicts a black long gun lying next to a Smith and Wesson cardboard gun box. Upon review of this photo, it was determined the rifle is likely a semi-automatic Smith and Wesson Military and Police 15 Sport II rifle with an optic affixed to the top. The second photo depicts a long black knife laid across an open bible, with a different black firearm in the upper lefthand corner.

10. An additional post made by 401K in Telegram chatroom "/pol/-Politically Incorrect" alluding to their possession of firearms:

- On February 6, 2023, 401k stated: "I have Ezekiel 6:3:47 written on all of my mags †☠""

### Identification of User of Kobra401K Telegram Account

11. The following publicly available Telegram posts observed by 401K lead to the reasonable belief that the account is owned and operated by Kyle REYNOLDS:

- From January to July of 2021 posts revealed that the user's Telegram profile name associated with this account was Kyle REYNOLDS.
- On January 16, 2021, 401K posted "Flynn fm where I'm from. Rhode Island. He goes to my church." It is likely 401K is referring to Lieutenant General Michael Flynn, prior Director of the Defense Intelligence Agency, who is a native of Middletown, Rhode Island.
- On March 22, 2021, That is Middletown RI where I and General Flynn live 100."
- On July 28, 2022 401K posted "Im turning 40 in September."
- On June 22, 2023 401K posted "I got to a Catholic church. I was an alter boy for many years at the church where JFK got married.." The church 401K is referring

    to is Saint Mary's Roman Catholic Church located approximately 2.4 miles away from REYNOLDS' RESIDENCE at 12 William Street, Newport, Rhode Island.

12.  Based on the aforementioned posts, an Accurint search was completed querying the name Kyle Reynolds associated with Middletown, Rhode Island, born in September of 1982. This led to the identification of Kyle Paul Reynolds, date of birth 09/25/1982, Social Security Number XXX-XX-4175, residing at 22 Dudley Avenue South, Middletown, Rhode Island.

13.  I conducted a criminal history check for REYNOLDS and learned that he was previously convicted in Newport (RI) County Superior Court for a felony offense. On August 13, 2008, REYNOLDS pled nolo contendere in Newport Superior Court to the charge of Assault on Person Over 60. That same date he was sentenced to 5 years at the Adult Correctional Institution, ordered to serve the first six months of that sentence, with the remaining term of 54 months suspended, with 54 months probation.

### Additional Facts Supporting REYNOLDS in Possession of a Firearm

14.  On January 2, 2024, at approximately 9:53pm, members of the Middletown Police Department (MPD) encountered REYNOLDS during a domestic dispute he was involved in with his then girlfriend, Witness 1[8] outside of the REYNOLDS RESIDENCE. Upon further investigation of the altercation, MPD officers determined that there was no probable cause to believe a crime had occurred. WITNESS 1 provided MPD officers with a written statement stating that REYNOLDS is in possession of a shotgun, AK-47 rifle, bandolier loaded with ammunition, a vest fully loaded with magazines, and vials of steroids. In her report, WITNESS 1 wrote that REYNOLDS keeps his fully loaded bandolier in his dresser drawer, his AK-47 and vest with magazines in his bedroom closet, and the vials of steroids in his bottom drawer.

---

[8] The identity of Witness 1 is known to your affiant.

15.     Pursuant to this altercation, your affiant and Middletown Police Detective Lieutenant Timothy Beck conducted a subsequent interview of WITNESS 1 on January 9, 2024. WITNESS 1 described being in a romantic relationship with REYNOLDS since September 2023. WITNESS 1 advised she was unfamiliar with makes and models of firearms, however REYNOLDS told WITNESS 1 he had an AK-47 rifle and brandished a black long gun in front of her on several different dates between September and December 2023. WITNESS 1 advised that REYNOLDS stores this long gun and his shotgun freestanding in his bedroom closet. She last observed these firearms in his possession approximately one month before we spoke with her. WITNESS 1 also advised she has observed REYNOLDS wearing a bandolier that is fully loaded with shotgun buckshot and slugs. WITNESS 1 advised REYNOLDS told her what ammunition was on the bandolier, because he described how both types of ammunition came out of the shotgun once fired. Additionally, REYNOLDS has worn and shown WITNESS 1 a vest that WITNESS 1 described as a "flak jacket" that contains numerous fully loaded magazines on the front and sides of it. WITNESS 1 also observed an Army green box that she believed was designed to store ammunition in REYNOLDS bedroom, however she did not observe what was within the box. WITNESS 1 described her recognition of the use of the ammunition box derived from having an immediate family member in the military and becoming familiar with some military gear.

16.     At the conclusion of the interview, Special Agent Temple showed WITNESS 1 the following photos:



Figure 4[9]



Figure 5[10]

---

[9] Figure 4: Screenshot taken from Telegram chat room Nationalist Zulkameyn Division of rifle depicted in 401K posts made on March 2, 2022.

17. WITNESS 1 advised photo number one looked very similar to REYNOLDS purported AK-47. She advised she was positive that the cross depicted in the second photo is the same cross that REYNOLDS has placed above his bed in his bedroom. WITNESS 1 also advised that the long black knife depicted in photo number two looks like the knife he keeps on his bedside table.

18. Throughout the course of the investigation, I confirmed REYNOLDS is residing at the REYNOLDS RESIDENCE. After being notified by Middletown, Rhode Island Police Department that they were aware REYNOLDS resides at the REYNOLDS RESIDENCE, I conducted several steps to verify this information. A request was made to the Criminal Investigations Service Center with the United States Postal Service to confirm the recipients of mail at the REYNOLDS RESIDENCE for a span of 30 days from June 21, 2023, to July 21, 2023. Eight pieces of mail were returned that showed the recipient to be Kyle Paul Reynolds. United States Postal Service advised that all mail sent to the REYNOLDS RESIDENCE is forwarded to 16 Dudley Avenue South, Middletown, Rhode Island. According to records maintained by the Middletown Tax Assessor, 16 Dudley Avenue South is owned by Paul F. and Lydia Reynolds and the REYNOLDS RESIDENCE is owned by Paul F. Reynolds.[10] Members of the Middletown Police Department know Paul F. Reynolds to be the father of Kyle Reynolds. Physical surveillance was conducted by the FBI Providence Resident Agency on January 19, 2024, and January 22, 2024. During this physical surveillance, REYNOLDS' registered vehicle was observed parked in the driveway of the REYNOLDS RESIDENCE on both days. Additionally, a query of United States Customs and Border Protection (U.S. CBP) internal systems, showed an imported shipment on December 11, 2023, that was destined to Kyle

---

[10] https://gis.vgsi.com/middletownri/Search.aspx (last viewed January 22, 2024).

Reynolds at the REYNOLDS RESIDENCE. U.S. CBP internal systems also showed that the only recipients of imported shipments at 16 Dudley Avenue South, Middletown, Rhode Island were Jessica Reynolds (sister), Paul Reynolds (father), and Lydia Reynolds (mother).

## CONCLUSION

19.     Based on the above, I submit that there is probable cause to search the REYNOLDS' RESIDENCE further described in Attachment A for the evidence in Attachment B.

## REQUEST FOR SEALING

20.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit, application, and search warrant. I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organization, as not all of the targets of this investigation will be searched at this time. Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through forums. Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

Madison Temple
Special Agent
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **Telephone**. **Sworn telephonically and signed electronically** (*specify reliable electronic means*)

January 22, 2024
*Date*

*Judge's signature*

**Providence, Rhode Island**
*City and State*

**Patricia A. Sullivan, USMJ**
*Magistrate Judge Patricia A. Sullivan*

## ATTACHMENT A

### Property to Be Searched

**REYNOLDS' RESIDENCE**: 22 Dudley Avenue South, Middletown, Rhode Island 02842 is a single-family home with white siding and detached garage (as seen in the photo below). A driveway to the right of the residence runs to the back of the home as viewed from Dudley Avenue South. There is one entry door observed at the front, with numerous windows on both sides and the front of the of the residence. There is a two-door detached garage located at the rear of the residence. The Middletown, Rhode Island Tax Assessor Department shows that this residence is owned by Paul F. Reynolds. Members of the Middletown Police Department are familiar with Paul F. Reynolds and know him to be the father of Kyle REYNOLDS.



## Attachment B

## Things to be Seized

a. Firearms, ammunition, firearms parts and components, firearm manufacturer boxes, storage containers, and other items used to store, handle, or hide weapons, paperwork and records related to the purchase or possession of firearms, including owners' manuals.

b. Books, records, notes, ledgers, and any other papers or records relating to the purchase, transportation, shipment, ordering, sale, importation, manufacture, and/or distribution of firearms and/or ammunition.

c. Electronic devices, including phones, tablets and other devices that may connect to the internet or that may be used to record, display or transmit images of firearms.

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☑ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The premises at 22 Dudley Avenue South,<br>Middletown, Rhode Island 02842 | )<br>)<br>)  Case No. 24-SW-6-PAS<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of    Rhode Island
*(identify the person or describe the property to be searched and give its location)*:

The premises at 22 Dudley Avenue South, Middletown, Rhode Island 02842, and further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    February 5, 2024    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Patricia A. Sullivan    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    **6:07 PM, Jan 22, 2024**            *[signature]*
                                                                                                                   *Judge's signature*

City and state:    Providence, RI                          Patricia A. Sullivan, U.S. Magistrate Judge
                                                                                                   *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 24-SW-6-PAS | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: _____

*Executing officer's signature*

*Printed name and title*