UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. CR No. 1:24-cr-00012-MRD

KYLE REYNOLDS :

---

**MOTION TO CONTINUE EMPANELMENT AND TIME FOR FILING PRE-TRIAL MOTIONS**

Now comes Kyle Reynolds, the Defendant in this matter and moves this Honorable Court to continue the empanelment date and time for filing pretrial motions for a period of 90 days. In support of this request, defendant submits the following:

Mr. Reynolds was arraigned on the above-numbered indictment on February 27, 2024. He was subsequently arraigned on a superseding indictment on April 9, 2024. Mr. Reynolds is charged with Felon in Possession of a Firearm and Felon in Possession of Ammunition in violation of 18 USC 922(G)(1) And 924(A)(8).

Undersigned counsel filed a motion to dismiss the indictment in this case pursuant to *New York State Rifle Association v. Bruen*, 597 U.S. 1 (2022) on June 18, 2025 (ECF#29). The government filed its opposition to the defendant's motion on July 14, 2025 (ECF#33). Additional time is necessary to resolve the motion prior to trial.

The time requested is excludable under the Speedy Trial Act (STA), 18 U.S.C. § 3161(h)(8).

The parties have agreed on the following periods of excludable time as defined by 18 U.S.C. §3161(h):

1 day has run from the initial arraignment date on February 27, 2024. Under the first arraignment order, 90 days were excluded from February 28, 2024, to May 28,

2024 (ECF#13).

1 day has run from the superseding arraignment date on April 9, 2024. Under the second arraignment order, 91 days were excluded from April 10, 2024, to July 9, 2024 (ECF#18).

All other periods have been excluded based upon the defendant's motions to continue.

Therefore, the parties agree and stipulate that 2 days have run under the STA; 68 days remain, and 633 days have been excluded.

AUSA Daly has no objection to this motion. Mr. Reynolds respectfully asks this Court to allow this motion to continue.

Respectfully submitted,
Kyle Reynolds,

By his attorney,
/s/ Joanne M. Daley, BBO #653375
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281/FAX 528-4285
joanne_daley@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Paul Daly, Assistant United States Attorney, on November 3, 2025.

/s/ Joanne M. Daley