UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA          :

VS.                                               CR No. 1:24-cr-00012-WES-PAS

KYLE REYNOLDS                          :
_____

### DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE- TRAVEL TO MASSACHUSETTS FOR MEDICAL APPOINTMENT(S)

Now comes the Defendant, Kyle Reynolds, and moves this Honorable Court to modify his conditions of release to allow him to travel to Massachusetts for medical appointments.

Mr. Reynolds was released from custody in this case on January 24, 2024, with conditions including one that restricted his travel to the District of Rhode Island (ECF#7). On November 4, 2024, this Court allowed his motion to travel to Massachusetts for employment purposes only (ECF#24).

Mr. Reynolds was recently referred to an eye specialist in Fall River, Massachusetts; an appointment is presently scheduled for February 11, 2026.

Undersigned counsel provided the name and address of the physician to the government and pretrial services. If this motion is allowed, Mr. Reynolds will be permitted to travel to Massachusetts for medical appointments with advanced notice to pretrial services.

AUSA Paul Daly and PO Christina Woishnis have been notified of this request and have no objections.

Respectfully submitted
Kyle Reynolds
By his attorney,

/s/ Joanne M. Daley, BBO #653375

Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
joanne_daley@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Paul Daly, Assistant United States Attorney, on February 2, 2026.

/s/ Joanne M. Daley