UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. CR No. 1:24-cr-00012-MRD-PAS

KYLE REYNOLDS :

---

**DEFENDANT'S MOTION TO MODIFY TERMS OF SUPERVISED RELEASE – CONVERT HOME CONFINEMENT TO CURFEW**

Now comes defendant Kyle Reynolds and moves this Honorable Court to modify his conditions of supervised release to reduce his 6-month term of home detention by 3 months and impose a curfew with electronic monitoring for the remaining 90 days pursuant to FRCP 32.1(c)(2).1

Mr. Reynolds was sentenced on July 7, 2026 to time served to be followed by 3 years of supervised release. "As a condition, the Court ordered that that defendant spend 6 months on Home Detention with technology at the discretion of probation and will be restricted to his residence every day. Exceptions to home detention: employment, education, religious services, medical treatment, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the officer." (ECF#49).

Mr. Reynolds has faithfully complied with all of the terms of his supervised release. He was referred by US Probation to a welding program and was recently accepted; he continues to work at Walmart. Further home detention, given his compliance, is no longer necessary; a curfew with electronic monitoring will suffice.

---

A judge can change or ease supervision rules without holding a formal court hearing if: 1) The defendant waives the hearing; or 2(The change is entirely favorable to the defendant, does not extend the length of the supervision term, the U.S. Attorney's Office received prior notice of the requested change, and the government was given a reasonable chance to object but did not do so.

It is worth noting that Mr. Reynolds was released on a $10,000 unsecured bond with conditions including a 9pm to 6am curfew with GPS monitoring on January 24, 2024. That condition was removed by Magistrate Judge Sullivan 90 days later on April 26, 2024 in recognition of the defendant's compliance while on pretrial release. In the more than 2 years that followed, he continued to abide by all other Court ordered conditions of release.

Mr. Reynolds is respectfully asking the Court to reduce the term of home detention to 90 days. He further asks that the Court impose a curfew of 9pm to 6am with technology at the discretion of Probation for the remaining 90 days.

AUSA Paul Daly has notified undersigned counsel that the government opposes this motion.

Respectfully submitted
Kyle Reynolds
By his attorney,

/s/ Joanne M. Daley, BBO #653375
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
joanne_daley@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Paul Daly, Assistant United States Attorney, on September 29, 2026.

/s/ Joanne M. Daley